**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 15-CV-00687-WJM-NYW

LEONA SHABAZZ,

Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC., a Minnesota limited liability company,
Defendant.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE**

---

　　　　IT IS ORDERED that a Scheduling Conference pursuant to Fed. Rule Civ. P. 16(b) is set for **July 29, 2015 at 9:00 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2(b).

　　　　A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: May 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　s/Nina Y. Wang_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge