IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

---

| Civil Action: | 15-cv-00687-WJM-NYW | | Date:  January 11, 2016 |
| | 15-cv-00663-WYD-NYW | | Date:  January 11, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

---

| *Parties* | *Counsel* |
| --- | --- |
| LEONA SHABAZZ, | *David Michael Larson* |
| **Plaintiff,** | |
| **v.** | |
| PINNACLE CREDIT SERVICES, LLC, | *Nicole Marie Black* |
| **Defendant.** | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**

Court in Session: 9:03 a.m.

Appearance of counsel.

Discussion and argument held on Expedited Motion for Protective Order and Request for Telephonic Hearing [42] filed January 7, 2016.

**ORDERED:**  The following schedule will be followed by the Parties for the purposes of the upcoming depositions to be held on January 12-13, 2016:

> January 12, 2016 at 9:00 a.m.– Mr. Castle in his Rule 30(b)(6) and individual capacities for both this action and 15-cv-00663-WYD-NYW.
> January 12, 2016 at 1 p.m. – Mr. Gruett in his Rule 30(b)(6) and individual capacities for both this action and 15-cv-00663-WYD-NYW.
> January 13, 2016 at 8:00 a.m. – Ms. Bartosh in her individual capacity for both this action and 15-cv-00663-WYD-NYW

**January 13, 2016 at 9:00 a.m. – Ms. Betzhold in her individual capacity for this action.**
**January 13, 2016 at 10:00 a.m. – Ms. Larkin in her individual capacity for this action.**
**January 13, 2016 at 11 a.m. – Mr. Miller in his individual capacity.**

**For witnesses who appear for both this action and *Johnson v. Pinancle*, the depositions will occur in separate transcripts unless otherwise agreed to by the Parties.**

**ORDERED:   Tanya Larkin shall appear for the deposition in this matter scheduled for January 13, 2016, at 10:00 a.m.**

The record of the proceedings reflect that Ms. Larkin has indicated that she is being represented by defense counsel for the purposes of deposition.

For the reasons stated on the record, it is

**ORDERED:   Expedited Motion for Protective Order and Request for Telephonic Hearing [42] is GRANTED in PART and DENIED in PART.**

Parties discuss defendant's production of documents. Plaintiff believes they should be stricken as untimely. Plaintiff shall file a formal motion for the courts consideration.

Court in Recess: 9:16 a.m.          Hearing concluded.          Total time in Court:    00:13

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.