**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00687-WJM-NYW

LEONA SHABAZZ,

    Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC,
a Minnesota limited liability company,

    Defendant.

**MINUTE ORDER**

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court pursuant to the Parties' telephonic request for an informal telephonic discovery conference ("Discovery Conference"). The subject matter of this conference will be a discovery dispute that counsel represent has arisen.

    IT IS ORDERED that a Discovery Conference is set for **March 16, 2016 at 3:00 p.m.**:

1. Counsel shall initiate a phone call between themselves prior to calling the Chambers at (303) 335-2600 at the designated time;

2. Counsel shall submit to Chambers any written materials which they wish to discuss at the Discovery Conference;

3. To the extent any of the disputes involve written discovery, the Parties shall complete and submit the written discovery dispute chart in the following example form, with the most persuasive authority included:

| Issue | Moving Party's Position | Opposing Party's Position |
|---|---|---|
| Interrogatory No. 1 | Overly broad contention interrogatory. *Witt v. GC Servs. Ltd. Partnership*, 307 F.R.D. 551, 561-562 (D. Colo. 2014). | Contention interrogatory is the appropriate vehicle and is less burdensome than a Rule 30(b)(6) deposition on this topic. *Teashot LLC v. Green* |

|  |  | *Mountain Coffee Roasters, Inc.*, No. 12-cv-0189-WJM-KLM, 2014 WL 485876, at *7 (D. Colo. Feb. 6, 2014). |
|---|---|---|

4. Finally, Counsel shall submit the chart and any written materials to Wang_Chambers@cod.uscourts.gov on or before **March 15, 2016 at 12:00 p.m.**

DATED: March 11, 2016