# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00687-WJM-NYW

LEONA SHABAZZ,

    Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,

    Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served March 18, 2016 and the acceptance thereof filed March 18, 2016, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Leona Shabazz and against the Defendant Pinnacle Credit Services, LLC in the amount of $1,000.00 plus an additional amount for the Plaintiff's costs and the Plaintiff's reasonable attorney's fees. Said Plaintiff's costs and reasonable attorney's fees are to be in amount to be determined by the Plaintiff and the Defendant and added to the Judgment or if they are unable to agree, to be determined by the Court.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of .67 % from the date of entry of Judgment.

DATED at Denver, Colorado this 22nd day of March, 2016.

                                                  JEFFREY P. COLWELL, CLERK

                                                  By:  s/Deborah Hansen
                                                  Deborah Hansen, Deputy Clerk